**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
FRANK BRISCO,

                    Petitioner,

       - against -

WILLIAM PHILLIPS, acting Superintendent
of Green Haven Correctional Facility,

                    Respondent.

-------------------------------------------------------X

**JUDGMENT**

CV-04-0829 (ADS)


      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States

District Judge, having been filed on August 13, 2009, denying the petition for a writ of habeas

corpus pursuant to the Mandate issued by the Second Circuit, and directing the Clerk of Court to

close this case,  it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that the

petition for a writ of habeas corpus is denied; and that this case is hereby closed.


Dated: Central Islip, New York
       August 13, 2009

                        ROBERT C. HEINEMANN
                        CLERK OF THE COURT

              By:    /s/ Catherine Vukovich
                        Deputy Clerk